UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>NNCC et al.,<br><br>　　　　　　　　　　　Defendants | Case No. 3:22-cv-00531-ART-CLB<br><br>ORDER |

**I.　DISCUSSION**

On December 6, 2022, this Court issued an order granting Plaintiff until February 6, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF No. 3). Plaintiff moves for an extension of time to file an application to proceed *in forma pauperis.* (ECF No. 4). Plaintiff states that he attempted to acquire the documents from prison officials on January 18, 2023, but has not heard back. (*Id.*)

The Court grants Plaintiff's motion for an extension of time until March 24, 2023, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.　CONCLUSION**

It is therefore ordered that the motion for extension of time (ECF No. 4) is granted.

It is further ordered that Plaintiff has **until March 24, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Terrance E. Williams the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 7th day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE