UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>NNCC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-00531-ART-CLB<br><br>ORDER |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 17) of the Honorable Judge Carla Baldwin, United States Magistrate Judge. The Report and Recommendation recommends dismissing Plaintiff's case without prejudice for failure to update his address and failure to file an application to proceed *in forma pauperis* or pay the full filing fee. For the reasons stated above, the Court adopts Judge Baldwin's Report and Recommendation in full.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. *Id.*; LR IB3-2(a).

　　　　In this case, the Plaintiff did not file any objections to the Report and Recommendation. Therefore, the Court, reviewing the record in this case, concurs with Judge Baldwin and adopts her Report and Recommendation in full.

　　　　**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 17) is ADOPTED in full.

///

///

///

///

1

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to close this case.

DATED THIS 21st day of August 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE